# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Evans, Barbara S. | United States District Court - District of New Mexico | 06/21/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (PT) | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>05/22/2019 |

**7. Chambers or Office Address**

United States District Court
Joe Skeen Federal Building
500 North Richardson Avenue
Roswell, NM 88201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Board Member, Executive Committee member | Holsum, Inc. |
| 7. | Board Member | SWS Family LLC |
| 8. | Board Member | JKS Resources LLC |
| 9. | Vice President | J. Kenneth and Alice Smith Family Foundation |
| 10. | President, Board of Directors | Alianza of New Mexico |
| 11. | Board Member (former) | Historical Foundation of Southeastern New Mexico |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Atwood Malone Turner and Sabin PA (salary) | $11,980.00 |
| 2. 2018 | Atwood Malone Turner and Sabin PA (salary) | $40,902.70 |
| 3. 2017 | Atwood Malone Turner and Sabin PA (salary) | $55,759.32 |
| 4. 2016 | Atwood Malone Turner and Sabin PA (salary) | $55,759.32 |
| 5. 2019 | Holsom, Inc. (Director's Fee) | $2,500.00 |
| 6. 2018 | Holsom, Inc. (Director's Fee) | $7,000.00 |
| 7. 2017 | Holsom, Inc. (Director's Fee) | $8,000.00 |
| 8. 2016 | Holsom, Inc. (Director's Fee) | $7,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Atwood Malone Turner and Sabin PA (salary) |
| 2. 2018 | Atwood Malone Turner and Sabin PA (salary) |
| 3. 2017 | Atwood Malone Turner and Sabin PA (salary) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PIONEER BANK (CASH) | A | Interest | J | T | Exempt | | | | |
| 2. NY LIFE INSURANCE (WHOLE) | A | Interest | K | T | | | | | |
| 3. HOLSUM, INC | G | Distribution | P1 | T | | | | | |
| 4. SWS FAMILY LLC | A | Royalty | P1 | W | | | | | |
| 5. JKS RESOURCES LLC | E | Distribution | L | W | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 8. VANGUARD TOT STOCK MKT INDX ADM (VTSAX) | A | Dividend | J | T | | | | | |
| 9. IRA #2 (H) | | | | | | | | | |
| 10. INVESCO (QQQ TRUST (QQQ) | A | Dividend | J | T | | | | | |
| 11. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 12. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 13. ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 14. THORNBURG BETTER WORLD I (TBWIX) | B | Dividend | K | T | | | | | |
| 15. TRUST ACCT #1 (H) | | | | | | | | | |
| 16. SCHWAB ONE CASH ACCOUNT (CASH) | A | Interest | J | T | | | | | |
| 17. FASTENAL CO (FAST) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARK WEB X.0 ETF (ARKW) | A | Dividend | J | T | | | | | |
| 19. ISHARES GOLD ETF (IAU) | | None | J | T | | | | | |
| 20. ISHARES S&P 100 ETF (OEF) | A | Dividend | K | T | | | | | |
| 21. SEGALL BRYANT & HAMILL PLUS BD FD RETAIL (WTIBX) | A | Dividend | | | | | | | |
| 22. PIMCO SHORT TRM INSTL (PTSHX) | A | Dividend | J | T | | | | | |
| 23. THORNBURG STRATEGIC INC FD I (TSIIX) | A | Dividend | K | T | | | | | |
| 24. VANGUARD SHRT TRM BD INDX FD ADM (VBIRX) | A | Dividend | | | | | | | |
| 25. COHEN & STEERS REALTY SHS (CSRSX) | A | Dividend | J | T | | | | | |
| 26. LEUTHOLD CORE INVEST FD RETAIL (LCORX) | | None | | | | | | | |
| 27. MATTHEWS ASIAN GRWTH & INC FD INV (MACSX) | B | Dividend | K | T | | | | | |
| 28. OAKMARK EQ & INC FD INV (OAKBX) | C | Dividend | K | T | | | | | |
| 29. POPLAR FOREST PARTNERS INST (IPFPX) | B | Dividend | J | T | | | | | |
| 30. THORNBURG BETTER WORLD INTL I (TBWIX) | C | Dividend | K | T | | | | | |
| 31. TWEEDY BROWNE GLOBAL VAL FD (TBGVX) | B | Dividend | K | T | | | | | |
| 32. VANGUARD TOT INTL STK INDX ADM (VTIAX) | A | Dividend | J | T | | | | | |
| 33. VANGUARD TOT STOCK MKT INDX FD ADM (VTSAX) | A | Dividend | K | T | | | | | |
| 34. TRUST ACCT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB ONE CASH ACCOUNT (CASH) | A | Dividend | J | T | | | | | |
| 36. ARK WEB X.0 ETF (ARKW) | A | Dividend | J | T | | | | | |
| 37. TEMPLETON GLOBAL BD FD A (TPINX) | A | Dividend | J | T | | | | | |
| 38. THORNBURG STRATEGIC INCOME FD I (TSIIX) | A | Dividend | J | T | | | | | |
| 39. ZEO SHORT DURATION INC FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 40. AMG YACKTMAN FD I (YACKX) | C | Dividend | K | T | | | | | |
| 41. BUFFALO DISCOVERY FD (BUFTX) | A | Dividend | K | T | | | | | |
| 42. COHEN & STEERS REALTY SHS (CSRSX) | B | Dividend | K | T | | | | | |
| 43. LEUTHOLD CORE INV FD RET (LCORX) | | None | | | | | | | |
| 44. OAKMARK EQ & INC FD INV (OAKBX) | B | Dividend | K | T | | | | | |
| 45. OPPENHEIMER DEV MKTS FD CL A (ODMAX) | A | Dividend | J | T | | | | | |
| 46. PAYDEN EQ INC FD INV (PYVIZ) | B | Dividend | K | T | | | | | |
| 47. POPLAR FOREST PARTNRS INST (IPFPX) | C | Dividend | K | T | | | | | |
| 48. THORNBURG BETTER WORLD INTL I (TBWIX) | A | Dividend | J | T | | | | | |
| 49. TWEEDY BROWNE GLBL VAL FD (TBGVX) | A | Dividend | J | T | | | | | |
| 50. VANG TOT INTL STK INDX ADM (VTIAX) | A | Dividend | K | T | | | | | |
| 51. VANG 500 INDX FD INV SHS (VFINX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST ACCT #3 (H) | | | | | | | | | |
| 53. SCHWAB ONE CASH ACCT (CASH) | A | Interest | J | T | | | | | |
| 54. BERKSHIRE HATHAWAY (BRKB) | | None | K | T | | | | | |
| 55. ARK WEB X.0 ETF (ARKW) | A | Dividend | J | T | | | | | |
| 56. STATOIL ASA ADR (STO) | A | Dividend | | | | | | | |
| 57. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | | | | | | | |
| 58. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | | | | | |
| 59. VANGUARD TOTAL WORLD STOCK ETF (VT) | A | Dividend | K | T | | | | | |
| 60. LEUTHOLD CORE INV FD RET (LCORX) | | None | | | | | | | |
| 61. TEMPLETON GLOBAL BOND FD A (TPICZ) | A | Dividend | | | | | | | |
| 62. THORNBURG STRATEGIC INC FD I (TSIIX) | A | Dividend | J | T | | | | | |
| 63. ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 64. MATTHEWS ASIAN GROWTH & INC FD I (MACSX) | A | Dividend | | | | | | | |
| 65. OAKMARK EQUITY & INCOME FD I (OAKBX) | C | Dividend | K | T | | | | | |
| 66. OPPENHEIMER DEV MKTS FD A (ODMAX) | A | Dividend | J | T | | | | | |
| 67. PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 68. POPLAR FOREST PARTNERS I (IPFPX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. THORNBURG BETTER WORLD I (TBWIX) | B | Dividend | K | T | | | | | |
| 70. TWEEDY BROWNE GLOBAL VAL FD (TBGVX) | A | Dividend | J | T | | | | | |
| 71. VANGUARD 500 INDEX FD I (VFINX) | A | Dividend | K | T | | | | | |
| 72. TRUST ACCT #4 (H) | | | | | | | | | |
| 73. SCHWAB ONE CASH ACCT (CASH) | A | Interest | J | T | | | | | |
| 74. ARK WEB X.0 ETF (ARKW) | A | Dividend | J | T | | | | | |
| 75. TEMPLETON GLOBAL BOND FUND CL A (TPINX) | B | Dividend | J | T | | | | | |
| 76. ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 77. COHEN & STEERS REALTY SHS (CSRSX) | B | Dividend | J | T | | | | | |
| 78. LEUTHOLD CORE INVESTMENT FD RET (LCORX) | | None | | | | | | | |
| 79. OAKMARK EQUITY & INCOME FD INV (OAKBX) | B | Dividend | J | T | | | | | |
| 80. OPPENHEIMER DEVELOPING MKTS FD CL A (ODMAX) | A | Dividend | J | T | | | | | |
| 81. PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 82. POPLAR FOREST PARTNERS CL INST (IPFPX) | B | Dividend | K | T | | | | | |
| 83. VANGUARD EXTENDED MARKET INDEX FD INV SHRS (VEXMX) | A | Dividend | K | T | | | | | |
| 84. VANGUARD TOTAL INTL STK INDEX ADM (VTIAX) | A | Dividend | K | T | | | | | |
| 85. VANGUARD 500 INDEX FD INDEX FD INV SHS (VFINX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRUST ACCT #5 (H) | | | | | | | | | |
| 87. SCHWAB ONE CASH ACCOUNT (CASH) | A | Interest | J | T | | | | | |
| 88. BERKSHIRE HATHAWAY (BRKB) | | None | K | T | | | | | |
| 89. ENERGY SELECT SECTOR SPDR (XLE) | A | Dividend | J | T | | | | | |
| 90. SEGALL BRYANT & HAMILL PLUS BD RET (WTIBX) | A | Dividend | | | | | | | |
| 91. ISHARES MSCI PACIFIC EX JAP (EPP) | A | Dividend | J | T | | | | | |
| 92. PIMCO SHORT TERM INSTL (PTSHX) | A | Dividend | J | T | | | | | |
| 93. COHEN & STEERS REALTY SHS (CSRSX) | B | Dividend | J | T | | | | | |
| 94. LEUTHOLD CORE INVESTMENT (LCORX) | | None | | | | | | | |
| 95. THORNBURG BETTER WORLD INTL I (TBWIX) | C | Dividend | K | T | | | | | |
| 96. POPLAR FOREST PARTNERS CL INST (IPFPX) | A | Dividend | | | | | | | |
| 97. VANGUARD EXTENDED MARKET INDEX FD INV SHRS (VEXMX) | A | Dividend | J | T | | | | | |
| 98. VANGUARD TOTAL STOCK MKT IDX FD ADM (VTSAX) | B | Dividend | K | T | | | | | |
| 99. ISHARES GOLD ETF (IAU) | | None | | | | | | | |
| 100. VANGUARD TOTAL BOND MKT (BND) | A | Dividend | | | | | | | |
| 101. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 102. CHARLES SCHWAB BANK SWEEP (CASH) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SCHWAB VALUE ADVANTAGE (SWVXX) (CASH) | B | Int./Div. | L | T | | | | | |
| 104. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 105. SCHWAB ONE CASH ACCT (CASH) | A | Interest | K | T | | | | | |
| 106. HOME DEPOT INC 2.25%18 (437076BB7) | A | Dividend | | | | | | | |
| 107. HCA INC. (404119BM0) | B | Dividend | | | | | | | |
| 108. PPG INDUSTRIES, I 2.3%19 (693506BH9) | | None | K | T | | | | | |
| 109. MYLAN NV 3.75%20F (62854AAL8) | A | Dividend | K | T | | | | | |
| 110. KRAFT HEINZ FOODS 3.5%22 (50077LAJ5) | | None | K | T | | | | | |
| 111. ST JUDE MEDICAL 3.25%23 (790849AJ2) | | None | | | | | | | |
| 112. NM ST SEVERANCE 2.25% 19 TAX SPL (647310Y54) | A | Dividend | | | | | | | |
| 113. BERNALILLO CNTY N 4.2%22 GO UTX (085275YM1) | B | Dividend | | | | | | | |
| 114. RIO RANCHO NM PSD 4%19 GO UTX (767171JL6) | A | Dividend | | | | | | | |
| 115. CLOVIS NM GRT 3%19 (189387CG6) | B | Dividend | | | | | | | |
| 116. NM ST SEVERANCE 2.25%19 TAX SPL (647310Y96) | A | Dividend | K | T | | | | | |
| 117. NM ST SEVERANCE TAX 4%20 (647310L58) | B | Dividend | K | T | | | | | |
| 118. BELEN NM CNS SD #2 3%20 GO UTX (077581NZ5) | B | Dividend | K | T | | | | | |
| 119. LAS CRUCES NM SD #2 5%25 (517534RA3) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HOBBS NEW MEX 5%50 (43385PAG4) | B | Dividend | K | T | | | | | |
| 121. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 122. ALLIANCE DATA SYSTEM (ADS) | A | Dividend | K | T | | | | | |
| 123. ASTRAZENECA PLC (AZN) | B | Dividend | K | T | | | | | |
| 124. BCE INC (BCE) | B | Dividend | | | | | | | |
| 125. CHINA MOBILE LTD (CHL) | B | Dividend | | | | | | | |
| 126. EQUINOR (EQNR) | C | Dividend | K | T | | | | | |
| 127. FIAT CHRYSLER AUTO (FCAU) | | None | J | T | | | | | |
| 128. FORD MOTOR COMPANY (F) | A | Dividend | | | | | | | |
| 129. HOME DEPOT (HD) | B | Dividend | K | T | | | | | |
| 130. KONINKLIJKE PHILIPS (PHG) | A | Dividend | K | T | | | | | |
| 131. KANSAS CITY SOUTHERN (KSU) | A | Dividend | | | | | | | |
| 132. PAYPAL HOLDINGS (PYPL) | | None | L | T | | | | | |
| 133. SANOFI SPOND (SNY) | A | Dividend | | | | | | | |
| 134. SHIRE PLC (SHPG) | | None | | | | | | | |
| 135. SALESFORCE.COM (CRM) | | None | K | T | | | | | |
| 136. TENCENT HOLDINGS (TCEHY) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TEXAS CAPITAL BANCSHARES (TCBI) | | None | J | T | | | | | |
| 138. TOTAL S A (TOT) | B | Dividend | J | T | | | | | |
| 139. UNITEDHEALTH GRP (UNH) | A | Dividend | K | T | | | | | |
| 140. VOLKSWAGEN A G (VWAGY) | A | Dividend | K | T | | | | | |
| 141. WELLS FARGO BK N A (WFC) | A | Dividend | | | | | | | |
| 142. ISHARES CORE S&P 500 (IVV) | C | Dividend | L | T | | | | | |
| 143. VANGUARD EXTENDED MARKET (VXF) | A | Dividend | K | T | | | | | |
| 144. VANGUARD TOTAL STOCK (VTI) | B | Dividend | L | T | | | | | |
| 145. ZEO STRATEGIC INCM FD I (ZEOIX) | B | Dividend | K | T | | | | | |
| 146. AMG YACKTMAN FD I (YACKX) | D | Dividend | L | T | | | | | |
| 147. BUFFALO DISCOVERY FUND (BUFTX) | C | Dividend | K | T | | | | | |
| 148. LEUTHOLD CORE INVESTMENT FD RET (LCORX) | | None | | | | | | | |
| 149. MATTHEWS ASIAN GROWTH & INC FD I (MACSX) | B | Dividend | K | T | | | | | |
| 150. OAKMARK EQUITY & INCOME FD I (OAKBX) | C | Dividend | K | T | | | | | |
| 151. PARNASSUS ENDEAVOR FD I (PFPWX) | D | Dividend | K | T | | | | | |
| 152. PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 153. POPLAR FOREST PARTNERS I (IPFPX) | B | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. THORNBURG BETTER WORLD I (TBWIX) | C | Dividend | K | T | | | | | |
| 155. THORNBURG INVT INCOME BLDR FD CL I (TIBIX) | B | Dividend | K | T | | | | | |
| 156. TWEEDY BROWNE GLOBAL VAL FD (TBGVX) | B | Dividend | K | T | | | | | |
| 157. VANGUARD DIV GROWTH FD INV SHS (VDIGX) | D | Dividend | L | T | | | | | |
| 158. VANGUARD EURO STK INDEX FD ADM (VEUSX) | | None | | | | | | | |
| 159. VANGUARD TOTAL INTL STK IDX ADM (VTIAX) | B | Dividend | K | T | | | | | |
| 160. ISHARES CORE HIGH DIV ETF (HDV) | C | Dividend | | | | | | | |
| 161. MAGELLAN MIDSTREAM P LP (MMP) | B | Dividend | | | | | | | |
| 162. VANGUARD TOTAL INTERNTL (VXUS) | A | Dividend | | | | | | | |
| 163. WEYERHAEUSER CO (WY) | B | Dividend | K | T | | | | | |
| 164. 401K ACCT #1 (H) | | | | | | | | | |
| 165. AMERICAN FUNDS 2040 TARGET DATE FUND R4 (RDGTX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 06/21/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 6:  The primary purpose of this business is agricultural.  My role involves monitoring the acquisition of new farming properties, reviewing milk production, and some personnel issues.

Part VII, line 4: Valuation of this item is based upon the estimated value of real estate.  A more precise valuation is not available.

Part VII, line 5: Valuation of this item is based upon the estimated value of gas and oil investments.  A more precise valuation is not available..

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara S. Evans**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544